IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

HEALTH GRADES, INC., a Delaware corporation,

    Plaintiff,

v.

AMERICAN REGISTRY, LLC, a limited liability company,

    Defendant.

_____

## COMPLAINT AND JURY DEMAND
_____

Plaintiff Health Grades, Inc. ("Health Grades"), by its counsel, for its Complaint against Defendant American Registry, LLC ("American Registry"), avers and alleges as follows:

### PARTIES AND JURISDICTION

1. Health Grades is a publicly-traded Delaware corporation listed on NASDAQ. Its principal place of business is located in Golden, Colorado. Health Grades is the leading web-based health information resource for the distribution of healthcare provider ratings and other healthcare information. Health Grades provides objective ratings of and information about hospitals, physicians and other providers of healthcare services based upon data and information obtained from a variety of sources, principally publicly-available data. Health Grades analyzes this data using its own proprietary methodologies.

2. Health Grades enters into licensing agreements – typically with healthcare providers - to permit such providers to access Health Grades' data and use such data to promote certain services provided by a particular healthcare provider. Health Grades currently has over 400 hospital and healthcare provider clients that have entered into licensing agreements with Health Grades. The licensing agreements Health Grades enters into are its lifeblood, providing the revenue necessary to sustain its over 150 Colorado-based employees and to provide value to its shareholders.

3. Defendant American Registry is a Delaware limited liability company with offices in Boca Raton, Florida. American Registry has knowledge of Health Grades' products

and services, including knowledge that Health Grades' name and Health Grades' awards and ratings are subject to trademark and copyright protection. American Registry does business in this judicial district.

     4.     American Registry, through Health Grades' website and otherwise, has obtained knowledge of awards and ratings that Health Grades has awarded to physicians and hospitals and other healthcare providers, the use of which American Registry knows is prohibited absent the entry into a limited license agreement with Health Grades. Health Grades does not publish its awards and ratings information, and the only way to obtain that collective information is to access it on the Health Grades' website by agreeing to the terms of the limited license on the Health Grades' website.

     5.     Upon information and belief, American Registry, through duly authorized employees, entered into at least one Limited License and User Agreement with Health Grades under which American Registry accessed Health Grades' awards and ratings information (the "Limited License").

     6.     Under the terms of the Limited License, American Registry acknowledged the limited nature of the license they received from Health Grades. American Registry agreed it was subject to the jurisdiction of this Court with respect to disputes concerning the improper use of Health Grades' proprietary products. Specifically, the Limited License, attached hereto as Exhibit A, provides as follows:

> HealthGrades is the leading Web-based health information resource for the distribution of health care provider ratings and information.

* * *

> You agree by using this Site that the data and information here, including HealthGrades' ratings system and HealthGrades' ratings of individual providers, are and remain the sole property of HealthGrades. Except as expressly permitted by us in writing, you agree that your licensed access to use this information is limited solely to a personal, revocable, nonexclusive, non-transferable license to access and view this Site and the Site Materials, and to copy, download, store and/or print only a single copy of any Site Materials, solely for your non-commercial use and not for resale or distribution to anyone else.

* * *

[Y]ou agree not to copy, reproduce, modify, adapt, translate, distribute . . . any Site Materials . . . without [HealthGrades'] prior written permission.

* * *

All right, title and interest in and to the Site Materials . . . are the property of HealthGrades . . . .  The Site Materials and the Databases are protected by law, including, but not limited to, United States and international copyright law and trademark law . . . .

The 1-3-5 Star rating system and methodology, and ratings of individual providers, are the property of HealthGrades and may not be reproduced in any manner without [HealthGrades'] prior written permission.

Except as provided in this User Agreement, we do not grant you any rights under any copyrights or trademarks.  Accordingly, unauthorized use or reproduction of any Site Materials may violate copyright laws, trademark laws . . . or other laws or regulations.  Please be aware that we actively and aggressively enforce our intellectual property rights to the fullest extent of the law.

[American Registry] . . . will not, directly or indirectly, use any of the Databases or the information contained therein for any purposes other than [its] personal, non-commercial evaluation of Health Care Providers.

* * *

You agree this User Agreement is made in, and will be construed and enforced in accordance with, Colorado law . . . .  You agree that any action arising out of the content of this Site, your use of the Site Materials, or any action to enforce this User Agreement will be brought only in the federal or state courts presiding in Denver, Colorado, U.S.A., and you expressly agree to be subject to the jurisdiction of such courts.  Use of this Site is limited solely to persons who agree to resolve any and all disputes pertaining to this Site in the federal and state courts of Colorado, and such an agreement is an express condition to the use of this Site.

* * *

> You acknowledge that, in providing you access to and use of this Site and the Site Materials, we have relied on your acceptance of this User Agreement.

[Limited License at ¶¶ 1, 3, 4, 17,19, Exhibit A ]

7.     This Court has jurisdiction over Health Grades' federal claims pursuant to 15 U.S.C. § 1121(a), and 28 U.S.C. § 1331 and § 1338 because they arise under the Lanham Act, 15 U.S.C. § 1114 and § 1125, and under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*. The Court has supplemental jurisdiction over Health Grades' state law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims arise from the same transactions or occurrences as Health Grades' federal claims. The Court further has jurisdiction over American Registry pursuant to C.R.S. § 13-1-124(1) because, upon information and belief, American Registry has gathered information about Health Grades from its Colorado website, has wrongfully misappropriated and used that information and does business here. The actions taken by American Registry were expressly aimed at Health Grades at its principal place of business in Golden, Colorado. Health Grades' business is centered in Colorado.

8.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

9.     American Registry's specific acts of unlawful infringement of Health Grades' copyrights and trademarks include, but are not limited to, its use of Health Grades' name and Health Grades' awards and ratings in solicitations for custom wall plaques and other "recognition products" that it sells, and its use of Health Grades' name and Health Grades' awards and ratings within the plaques and recognition products themselves.

10.    The past and continuing actions of American Registry constitute willful and wanton conduct.

## FIRST CLAIM FOR RELIEF
(Copyright Infringement)

11.    Health Grades incorporates paragraphs 1 through 10 above as if the same had been fully rewritten herein.

12.    Health Grades is, and at all relevant times was, the copyright owner of exclusive rights under the Copyright Act with respect to the information contained in Health Grades' website, including, but not limited to, Health Grades' ratings of health care providers. Health Grades' copyright on its then current version of its website, healthcarereportcards.com, was registered on January 22, 1999 with registration number TX-3-772-086. Health Grades Hospital Ratings Database, Hospital Patient Safety Database, and Hospital Awards Database, were registered on August 8, 2005, with registration numbers TXu1-257-238, TXu1-257-237, and

TXu1-257-239, respectively.  On September 15, 2005, Health Grades' Hospital Quality Report, Physicians Quality Report, Physicians Quality Comparison Report, Nursing Home Quality Report, and Nursing Home Quality Comparison Report were also registered, bearing numbers TX 6-228-860, TX 6-228-859, and TX 6-228-861, TX 6-228-857, and TX 6-228-858, respectively.

13. Among the exclusive rights granted to Health Grades under the Copyright Act are the exclusive rights to reproduce the material and ratings and to distribute the material and ratings to the public.

14. American Registry, without the permission or consent of Health Grades, has used, and continues to use, Health Grades' copyrighted material and ratings in solicitations and in wall plaques and other recognition products that it distributes to the public.  American Registry's past and continuing infringement of Health Grades' copyrighted information has violated and continues to violate Health Grades' exclusive rights of reproduction and distribution.  American Registry's actions constitute infringement of Health Grades' copyrights and/or exclusive rights under the copyright.  American Registry continues to infringe Health Grades' valuable rights despite notice from Health Grades that American Registry's conduct is unlawful.

15. American Registry's misappropriation and illegal use of the copyrighted material, in which Health Grades has invested heavily, is for American Registry's own profit and advantage.  American Registry has promoted its business to the public through the misappropriation and republishing of Health Grades' copyrighted material.  American Registry's gains by misappropriating Health Grades' copyrighted material diminish the value of Health Grades' website, business and goodwill.  American Registry's misuse of the copyrighted material deprives Health Grades of the funds on which it relies from licensing that same information.  This material is Health Grades' stock in trade.

16. American Registry's infringement of Health Grades' copyrighted material is willful and wanton.  American Registry has acted with full knowledge of Health Grades' copyrighted material.

17. In addition, on April 29, 2009, Health Grades sent a letter to American Registry advising it of Health Grades' protected interests and of American Registry's infringement of Health Grades' copyrighted and trademarked materials in American Registry's solicitations, wall plaques and recognition materials.  Nonetheless, American Registry has willfully and wantonly continued its unauthorized use of Health Grades' copyrighted and trademarked materials, and has refused to enter into a proper license or agreement with Health Grades that would allow it to use the Health Grades' copyrighted and trademarked materials.

18. As a result of American Registry's infringement of Health Grades' copyrights and exclusive rights under copyright, Health Grades is entitled to actual damages pursuant to 17 U.S.C. § 504(b), or in the alternative statutory damages pursuant to 17 U.S.C. § 504(c), against

American Registry for each infringement.  Health Grades is further entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Health Grades.

20.     The conduct of American Registry is causing, and, unless enjoined and restrained by this Court, will continue to cause Health Grades, great and irreparable injury that cannot fully be compensated or measured in money.  Health Grades has no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Health Grades is entitled to injunctive relief prohibiting American Registry from further infringing Health Grades' copyrights, and ordering that American Registry destroy all copies of copyrighted material made in violation of Health Grades' exclusive rights, in addition to damages, statutory damages, attorneys' fees and all other relief permitted under the Copyright Act.

SECOND CLAIM FOR RELIEF
(Trademark Infringement)

21.     Health Grades incorporates paragraphs 1 through 20 above as if the same had been fully rewritten herein.

22.     Health Grades is actively engaged in health care evaluation and consulting services to clients throughout the United States.  Health Grades has used the name "Health Grades" as a trademark in interstate commerce since at least August 28, 2001.  The trademark "Health Grades" is owned by Health Grades, having been registered August 28, 2001 with United States Patent and Trademark Office registration number 2,483,194, for dissemination of advertisements for others via an online electronic communications network, and for providing hospital, healthcare, physician, health maintenance organization, and healthcare provider information services via a global computerized information network.  The registration is valid and in full force and effect, and serves as prima facie evidence of (1) the validity of the trademark, and (2) Health Grades' exclusive rights to use the trademark in connection with its goods and services.

23.     Health Grades has also used the trade mark/service mark described as a check mark, oval and star design in interstate commerce since at least June, 2005.  The service mark, comprised of a check mark, oval, and star design is owned by Health Grades, having been registered September 5, 2006, with the United States Patent and Trademark Office, with registration number 3,138,409, for providing information in the field of health care, namely profiles, quality of care ratings and safety ratings on hospitals, physicians, and nursing homes via the internet.  The registration is valid and in full force and effect, and serves as prima facie evidence of (1) the validity of the trademark/service mark, and (2) Health Grades' exclusive rights to use the trademark/service mark in connection with its goods and services.

24. Health Grades' services are advertised at trade shows and by way of other advertising media. The trademarks are famous marks and have been prominently shown in Health Grades' advertisements. Health Grades has spent a substantial portion of its sales income over the last four years in advertising and promoting its services using the trademarks. Health Grades' extensive use and promotion of its trademarks has made the trademarks well known and distinctive, identifying and distinguishing goods and services emanating from, symbolizing, or authorized by Health Grades.

25. American Registry is not authorized by Health Grades to use the trademarks in connection with any business or service and is not entitled to do so.

26. American Registry's continued use of Health Grades' trademarks in commerce in connection with its solicitations and wall plaques and other recognition products without the authorization of Health Grades infringes Health Grades' exclusive rights in its federally registered trademarks. Such use is likely to deceive and create mistake and confusion regarding the source or sponsorship of the solicitations, wall plaques and recognition products. Further, American Registry's use of Health Grades' trademarks in commerce after the marks have become famous causes dilution of the distinctive quality of the marks.

27. American Registry's infringement, past and continuing, of Health Grades' trademarks, is willful, deliberate, and knowing, and intended to reap the benefit of Health Grades' goodwill and reputation, making this an exceptional case pursuant to 15 U.S.C. § 1117(a). Health Grades is therefore entitled to recover treble its actual damages in addition to its attorney fees and costs.

28. In addition to monetary damages, Health Grades is entitled to injunctive relief enjoining American Registry from using Health Grades' trademarks, which use has caused and continues to cause irreparable injury to Health Grades' business, reputation and goodwill, leaving Health Grades with no adequate remedy at law. As a result of American Registry's infringement of Health Grades' trademarks, Health Grades is entitled to treble its actual damages, American Registry's profits, injunctive relief, and its fees and costs pursuant to 15 U.S.C. § 1114 and § 1117(a), and common law.

## THIRD CLAIM FOR RELIEF
(Breach of Contract)

29. Health Grades incorporates paragraphs 1 through 28 above as if the same had been fully rewritten herein.

30. Upon information and belief, Health Grades and American Registry entered into a Limited License, attached hereto as Exhibit A, and incorporated herein.

31. American Registry has breached, and continues to breach, the terms of the Limited License by making use of the information contained on Health Grades' website beyond the use allowed by the terms of the Limited License.

32. As a result of American Registry's past and continuing breaches of the Limited License, Health Grades has suffered damages. Furthermore, an injunction is necessary to prevent American Registry's continued breach, for which there is no adequate remedy at law.

FOURTH CLAIM FOR RELIEF
(False Designation of Origin/False Advertising/Unfair Competition)

33. Health Grades incorporates paragraphs 1 through 32 above as if the same had been fully rewritten herein.

34. American Registry's use of the Health Grades trademarks in connection with American Registry's advertising, solicitations and promotion of its wall plaques and other recognition products constitutes false designation of origin, false advertising, false and misleading description of fact, and false or misleading representation of fact, which misrepresents the nature, characteristics, or qualities of American Registry's and Health Grades' services, products, and commercial activities.

35. American Registry's solicitations and wall plaques and other recognition products bearing Health Grades' name, in conjunction with the Health Grades' rating information, constitutes a false designation of origin and a false representation as to the source of the solicitations, wall plaques and other recognition products.

36. American Registry's unauthorized use of Health Grades' marks in such a manner is intentionally designed to deceive prospective purchasers and others into believing that Health Grades is the source of American Registry's solicitations, wall plaques and other recognition products sold in connection with the Health Grades' ratings, or that Health Grades is affiliated with American Registry in connection with the solicitations, wall plaques and other recognition products.

37. Because Health Grades only allows physicians, hospitals and healthcare providers to use its name and ratings information pursuant to limited license agreements, American Registry's practice of providing wall plaques and other recognition products that use the Health Grades' name and ratings information to physicians, hospitals and other healthcare providers that do not have limited license agreements with Health Grades, constitutes unfair competition.

38. Health Grades has no control over the nature and quality of the goods sold by American Registry, and thus will be and is being damaged by such unfair competition, false designations of origin and false representations as to the nature and quality of the goods by American Registry, for which Health Grades has no adequate remedy at law. American

Registry's unlawful conduct will continue to irreparably damage Health Grades unless enjoined by this Court.

39. By reason of the foregoing, American Registry has violated and is continuing to violate 15 U.S.C. § 1125.

40. Health Grades is entitled to recover from American Registry treble the actual damages that it has sustained and will sustain, including costs and attorneys' fees, and any gains, profits, and advantages obtained by American Registry as a result of American Registry's wrongful acts alleged above.

FIFTH CLAIM FOR RELIEF
(Deceptive Trade Practices and Passing Off)

41. Health Grades incorporates paragraphs 1 through 40 above as if the same had been fully rewritten herein.

42. American Registry's wrongful acts alleged above constitute deceptive trade practices and passing off in violation of the Colorado Consumer Protection Act, C.R.S. § 6-1-101, *et seq.*

43. American Registry's activities in, inter alia, passing off its plaques and other recognition materials as those of Health Grades seek to deceive purchasers that the goods are genuine and emanate from Health Grades, to Health Grades' detriment, and will continue to irreparably damage Health Grades unless enjoined by the Court.

44. American Registry engaged in these deceptive trade practices and acts of passing off in the course of its business, and significantly impact the public as actual or potential consumers of its plaques and recognition materials.

45. American Registry's deceptive trade practices have damaged Health Grades business, reputation and goodwill, and have caused Health Grades to suffer damages.

46. American Registry's deceptive trade practices have been undertaken in bad faith, entitling Health Grades to recover treble its actual damages, and to recover its attorneys fees and costs.

WHEREFORE, Health Grades prays for judgment in its favor and against American Registry as follows:

A. For an injunction prohibiting American Registry, its agents, employees, and all other persons, firms or entities acting or claiming to act on its behalf from directly or indirectly infringing Health Grades' rights under federal or state law in the material and ratings at Health Grades' website, and Health Grades' trademark, and from using or making such material

available for distribution to the public, except pursuant to a lawful license or with the express authority of Health Grades;

      B.      For actual or statutory damages for each copyright and trademark infringement and its damages at common law for breach of contract;

      C.      For an accounting of American Registry's profits realized in connection with all sales of any product bearing the Health Grades' name and/or using Health Grades' rating information;

      D.      For an award of treble its actual damages and American Registry's profits;

      E.      For Health Grades' costs in this action;

      F.      For Health Grades' reasonable attorneys' fees incurred herein;

      G.      For prejudgment and post-judgment interest; and

      H.      For such other and further relief as the Court may deem just and proper.

**HEALTH GRADES DEMANDS A JURY ON ALL CLAIMS SO TRIABLE.**

Dated this 10th day of July, 2009.

                                                                      ROTHGERBER JOHNSON & LYONS LLP

                                                                      *s/ Kris J. Kostolansky*
                                                                      Kris J. Kostolansky, Esq., No. 13764
                                                                      Jesús M. Vázquez, Jr., Esq., No.
                                                                      1200 17th Street, Suite 3000
                                                                      Denver, CO  80202-5855
                                                                      Tel:    (303) 623-9000
                                                                      Fax:   (303) 623-9222
                                                                      Email: kkosto@rothgerber.com
                                                                                       jvazquez@rothgerber.com

                                                                      *Attorneys for Plaintiff Health Grades, Inc.*

<u>Plaintiff's Address</u>:
500 Golden Ridge Road, Suite 100
Golden, CO  80401