IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01645-RPM

HEALTH GRADES, INC.,

      Plaintiff,

v.

AMERICAN REGISTRY, LLC,

      Defendant.

_____

ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE
_____

Pursuant to the Parties' Joint Motion Requesting Settlement Conference before

Magistrate Judge [16], filed on December 18, 2009, it is

ORDERED that this civil action is referred to United States Magistrate Judge Craig B.

Shaffer for the purpose of convening a settlement conference and such other procedures as the

Magistrate Judge may deem appropriate for facilitating settlement of this case.

DATED:   December 21st, 2009

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge