IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01645-RPM

HEALTH GRADES, INC.,

    Plaintiff,

v.

AMERICAN REGISTRY, LLC,

    Defendant.

_____

ORDER ON MOTIONS TO AMEND PLEADINGS
_____

    On January 25, 2010, the defendant filed an Unopposed Motion to Amend Answer and Affirmative Defenses and on the same day the plaintiff filed an unopposed motion for an extension of time to file motion to amend complaint.  The plaintiff seeks an additional week to file its motion because counsel is investigating and reviewing pending copyright registrations which may need to be added to this civil action.  While there is no objection to filing the amended answer, pleading confusion will result if the plaintiff files an amended complaint.  The parties are concerned about the January 25, 2010, deadline for joinder and amendment of pleadings in the scheduling order entered January 12, 2010.  To simplify the pleading phase in this case, it is now

    ORDERED that the date for filing amended pleadings in the scheduling order is extended to permit the plaintiff to file its motion to amend the complaint to and including February 1, 2010, and the defendant's motion to amend answer and affirmative defenses is

granted but the tendered pleading is not filed because if the complaint is amended an additional answer will be required which will include what the defendant proposes to include in the answer to the existing complaint.  If the plaintiff's motion to amend the complaint is opposed, the times for pleadings will be adjusted.

DATED:   January 26th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge