IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01645-RPM

HEALTH GRADES, INC.,

    Plaintiff,

v.

AMERICAN REGISTRY, LLC,

    Defendant.

_____

ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT
_____

Upon consideration for the Unopposed Motion for Leave to File First Amended Complaint and Jury Demand [23], it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand attached thereto is accepted for filing.

DATED:    February 2nd, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge