IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1645-RPM-CBS

HEALTH GRADES, INC., a Delaware corporation,

     Plaintiff,

v.

AMERICAN REGISTRY, LLC, a limited liability company,

     Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

     Upon consideration of Health Grades' Stipulation of Dismissal of Lawsuit With Prejudice (Doc. #33), filed March 15th, 2010, it is

     ORDERED that the above-captioned matter, Civil Action No. 09-cv-01645-RPM-CBS, is hereby dismissed with prejudice, which each party to pay its own fees and costs.  The Order of Preliminary and Permanent Injunction entered on March 12, 2010, shall remain in full force and effect and is subject to enforcement as set forth therein and under the applicable rules.

     Dated this 16th day of March, 2010.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Honorable Richard P. Matsch